01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )  Case No. MJ08-21
    v.                     )
                           )
JOSE RODRIGUEZ-MORALES,    )  DETENTION ORDER
                           )
         Defendant.        )
_____)

Offenses charged:

    Conspiracy to Distribute Cocaine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846.

Date of Detention Hearing:   January 18, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.

    (2)    An immigration detainer has been placed on defendant by the United States Immigration and Customs Enforcement.

01       (3)    Defendant has stipulated to detention, but reserves the right to contest his
02 continued detention if there is a change in circumstances.

03       (4)    There are no conditions or combination of conditions other than detention that will
04 reasonably assure the appearance of defendant as required or ensure the safety of the community.

05     IT IS THEREFORE ORDERED:

06       (1)    Defendant shall be detained pending trial and committed to the custody of the
07            Attorney General for confinement in a correctional facility separate, to the extent
08            practicable, from persons awaiting or serving sentences or being held in custody
09            pending appeal;

10       (2)    Defendant shall be afforded reasonable opportunity for private consultation with
11            counsel;

12       (3)    On order of a court of the United States or on request of an attorney for the
13            government, the person in charge of the corrections facility in which defendant is
14            confined shall deliver the defendant to a United States Marshal for the purpose of
15            an appearance in connection with a court proceeding; and

16       (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
17            counsel for the defendant, to the United States Marshal, and to the United States
18            Pretrial Services Officer.

19     DATED this 18th day of January, 2008.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER           15.13
18 U.S.C. § 3142(i)           Rev. 1/91
PAGE 2